WILLIAM S. ANDERSON et al., Appellants, *v.* THE NEW YORK
AND HARLEM RAILROAD COMPANY, et al., Respondents.

Reported below, 136 App. Div. 939.
(Submitted May 31, 1910; decided June 7, 1910.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first judicial
department, entered February 11, 1910, affirming a judgment
in favor of defendants entered upon a dismissal of the com-
plaint by the court on trial at Special Term in an action to
recover damages to premises caused by the erection of an ele-
vated railroad structure in the street.

The motion was made upon the grounds that the notice of
appeal was not served in time ; that the judgment of the trial
court had been unanimously affirmed by the Appellate Divi-
sion ; that the exceptions were frivolous and that the appeal
was taken for purposes of delay only.

*Horace E. Deming* and *Alexander S. Lyman* for motion.

*L. M. Berkeley* opposed.

Motion denied, with ten dollars costs.